KAMALA D. HARRIS
California Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
A. SCOTT HAYWARD
Deputy Attorney General
State Bar No. 172106
TIMOTHY M. WEINER
Deputy Attorney General
State Bar No. 210173
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-4922
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. OLIVER,<br><br>  Petitioner,<br><br> v.<br><br>MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin<br><br>  Respondent. | CV 10-8404-ODW<br><br>**DEATH PENALTY CASE**<br><br>**PROTECTIVE ORDER**<br><br>Hon. Otis D. Wright II<br>United States Judge |

1

# [PROPOSED] PROTECTIVE ORDER

1. On May 3, 2011, the Honorable Otis D. Wright II, received an ex parte letter from Petitioner indicating that he wished to terminate all federal review of his California capital murder conviction and sentence of death in Los Angeles County Superior Court case number BA001542. Thereafter, Petitioner filed a motion in the United States District Court seeking to terminate all federal habeas corpus review of his conviction and sentence of death.

2. On May 24, 2011, Judge Wright ordered, inter alia, that Petitioner be evaluated by a mental health professional to be appointed by the court to ensure that Petitioner is competent to abandon his right to federal habeas corpus review of his conviction and sentence before the court rules on Petitioner's motion.

3. At the June 7, 2011, status conference, counsel for Petitioner indicated that Petitioner would be withdrawing his motion seeking to terminate federal habeas review.

4. On June 22, 2011, Petitioner filed a declaration, in which he requested that his motion seeking to terminate federal habeas review be withdrawn.

5. On July 12, 2011, this Court notified counsel for Petitioner and Respondent that Petitioner had sent the Court a letter that stated in relevant part that he had never revoked his request, and that the declaration filed on June 22, 2011, was "signed under duress, as well as coercion."

6. At the June 7, 2011, status conference, this Court stated that should Petitioner renew his request to terminate federal habeas review, the Court would immediately order a competency hearing and thereafter rule on Petitioner's request.

7. Counsel for Petitioner and Respondent have previously agreed that should the Court order a competency hearing for Petitioner, that hearing will be performed by Martin Blinder, MD, of San Anselmo, California, within 30 days of Dr. Blinder receiving Petitioner's records.

8. The Court has ordered that Petitioner's prison medical and mental

health records be made available to Dr. Blinder, to be considered in connection with the competency determination.

**THEREFORE, IT IS ORDERED:**

1. A separate Order shall be jointly presented to this Court, directing Michael Martel, Acting Warden of California State Prison at San Quentin, or his custodian of records, to provide a copy of Petitioner's Central File ("C-File"), as well as a copy of all medical and mental health records in his possession, custody, or control, to counsel for Petitioner within thirty (30) days of the date of this Order.

2. Counsel for Petitioner shall provide copies of Petitioner's Central File ("C-File"), medical records, and mental health records to Martin Blinder, MD, within ten (10) days of receiving the documents.

3. In the event that the issue of Petitioner's competency is litigated, counsel for Petitioner shall provide copies of Petitioner's Central File ("C-File"), medical records, and mental health records to counsel for Respondent not less than thirty (30) days before the date set by the Court for the competency hearing.

4. All materials in Petitioner's C-File, medical records, and mental health records are deemed confidential. Those materials may be used solely for purposes of the competency proceedings in the case of *Anthony C. Oliver v. Vince Cullen*, United States District Court case number CV 10-8404-ODW. The confidential records and/or the contents thereof may not be disseminated by either party outside the Office of the Federal Public Defender, the Office of the California Attorney General, or the law offices of Robert M. Myers without an Order from this Court.

4. To ensure that confidentiality is maintained, any documents containing confidential information shall be filed under seal, in a manner reflecting their confidential nature and designed to ensure that the documents will not become part of the public record. The appointed expert's report shall likewise be filed under seal. Should the parties be required to file briefing that makes reference to any protected materials, they shall "quote from it to the extent necessary to render [the]

1 | discussion intelligible." *Rohan ex rel Gates v. Woodford*, 334 F.3d 803, 806 n. 1
2 | (9th Cir. 2003).
3 | **IT IS SO ORDERED.**

_____ Dated: July 15, 2011
Hon. Otis D. Wright II
United States District Judge