UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. OLIVER,<br><br>   Petitioner,<br><br>  v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>   Respondent. | CASE NO. CV 10-8404 ODW<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

  **IT IS HEREBY ORDERED** that petitioner Anthony C. Oliver's Petition for Writ of Habeas Corpus be **CONDITIONALLY GRANTED** and that the judgment of conviction as to defendant Anthony Cedric Oliver in the matter of *People v. Anthony Cedric Oliver*, Case No. BA001542 of the California Superior Court of Los Angeles County, shall be **VACATED**.  Because there is no just reason for delay, the Court directs entry of a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

  **IT IS FURTHER ORDERED** that the State of California shall, within 120 days from the entry of this Judgment, either release Petitioner or grant Petitioner a new trial.

**IT IS FURTHER ORDERED** that the clerk of this court shall immediately notify the Warden of San Quentin Prison of this Court's judgment.
**IT IS SO ORDERED.**

Dated: November 25, 2019.

_____
OTIS D. WRIGHT, II
United States District Judge