JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. OLIVER,<br><br>    Petitioner,<br><br>    v.<br><br>TAMMY L. CAMPBELL, Warden of California State Prison, Corcoran,<br><br>    Respondent. | CASE NO. CV 10-8404 ODW<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied and that judgment is entered in favor of Respondent and against Petitioner.  The Order constitutes final disposition of the Petition by the Court.

The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

Dated: April 1, 2024.

_____
OTIS D. WRIGHT, II
United States District Judge